# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| OLAKITAN OLUWALADE | ) Case No. 1:21-mj-346 TMD |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

☑ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

11:57 am, Feb 10 202
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  11/16/2020 - 1/15/2021  in the county of  Baltimore  in the
   District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Wire Fraud |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

DENNIS P SENFT JR
Digitally signed by DENNIS P SENFT JR
Date: 2021.02.08 14:09:47 -05'00'

*Complainant's signature*

Special Agent Dennis Senft, HSI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 2/10/2021

*Judge's signature*

City and state:  Baltimore, MD     Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*